IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| DANA BLACKMON, as surviving spouse, and Representative of the Estate of Jacob Blackmon, §§§§<br><br>*Plaintiff*,<br><br>v.<br><br>DANIEL DICKERSON, APRIL PERISINGER, TERESA JACKSON, and ERNESTINE JULYE,<br><br>*Defendants*. | CIVIL ACTION NO. 9:22-CV-00182-MJT |

## ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL

On August 4, 2025, the parties submitted a Joint Stipulation of Dismissal with Prejudice [Dkt. 111], in which the parties stipulate to a voluntary dismissal with prejudice of this matter pursuant to Federal Rule of Civil Procedure 41. Accordingly, the Court acknowledges that this matter is **DISMISSED WITH PREJUDICE** as to all claims against all Defendants, effective the date of the stipulated dismissal. Each party shall bear its own attorney's fees and costs.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 5th day of August, 2025.**

Michael J. Truncale
United States District Judge